Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Two Rivers Ventures, LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Camera Ready Cosmetics**<br><br>**Stage Makeup Online** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 3 – 4 0 9 1 3 6 5** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **21 La Mesa Dr.**<br>Number       Street | <br>Number       Street |
| **New Braunfels, TX 78130**<br>City       State   ZIP Code | <br>City       State   ZIP Code |
| **Comal**<br>County | **Location of principal assets, if different from principal place of business** |
| | **4300 Alpha Road**<br>Number       Street |
| | **Farmers Branch, TX 75244**<br>City       State   ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Two Rivers Ventures, LLC**_____        Case number (if known)_____
                          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                      MM / DD / YYYY

        Case number, if known _____

Debtor  **Two Rivers Ventures, LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br>_____<br>City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>Contact name _____<br>Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                  ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **Two Rivers Ventures, LLC**_____  Case number (if known)_____
     Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/04/2024**_____
     MM/ DD/ YYYY

**X** **/s/ Lee Lichlyter**_____  **Lee Lichlyter**_____
    Signature of authorized representative of debtor     Printed name

Title _____**President**_____

**18. Signature of attorney**

**X** _____**/s/ William R. Davis , Jr**_____  Date **09/04/2024**_____
    Signature of attorney for debtor     MM/ DD/ YYYY

   **William R. Davis , Jr**_____
   Printed name

   **Langley & Banack, Inc.**_____
   Firm name

   **745 E. Mulberry Ave. Suite 700**_____
   Number      Street

   **San Antonio**_____  **TX**____  **78212**____
   City           State   ZIP Code

   **(210) 736-6600**_____  **wrdavis@langleybanack.com**____
   Contact phone          Email address

   **05565500**_____  **TX**_____
   Bar number         State

Fill in this information to identify the case:

Debtor Name **Two Rivers Ventures, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **JP Morgan Chase** | **Checking account** | **2 6 2 7** | $38,913.84 |
| 3.2. **JP Morgan Chase** | **Savings account** | **6 9 0 5** | $11,523.70 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $50,437.54 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor __Two Rivers Ventures, LLC_____     Case number *(if known)* _____
         Name

| 7.1 __Kennington (lease deposit)__ | $10,905.00 |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____     _____

   8.2 _____     _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

   | $10,905.00 |
   |---|

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    __$16,991.43__  -  __unknown__  =..... ➡    $16,991.43
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:       _____  -  _____  =..... ➡    _____
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    | $16,991.43 |
    |---|

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____     _____     _____

    14.2 _____     _____     _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1 _____     _____     _____     _____

    15.2 _____     _____     _____     _____

Debtor  **Two Rivers Ventures, LLC** _____  Case number *(if known)* _____
     Name

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |
|---|---|

Describe:

16.1 _____

16.2 _____

| 17. | **Total of Part 4** |
|---|---|

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Cosmetic products | 12/31/2023 MM / DD / YYYY | $275,395.48 | Cost | $275,395.48 |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

| 23. | **Total of Part 5** | $275,395.48 |
|---|---|---|

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Two Rivers Ventures, LLC**                                           Case number *(if known)* _____

Name

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                          _____

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor  **Two Rivers Ventures, LLC**                                    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 6 C/R tables, 10 C/R chairs, 12 desk chairs, 6 desks, 2 leisure chairs | $0.00 | Market | $3,000.00 |
| **40.** **Office fixtures** | | | |
| 67 wire racks, 9 metal pallet racks, 4 packing stations, 2 tables, 6 carts | $0.00 | Market | $4,825.00 |
| 10 Display cabinets; checkout station, 3 tables | unknown | Market | $1,250.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 15 Windows PC, 5 Apple PC, 11 iPads, 7 printers, 11 monitors, 11 phones | unknown | Market | $5,775.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

**43.** **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.                                                   $14,850.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |

Debtor    **Two Rivers Ventures, LLC**                                    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **4300 Alpha Road, Suite 130 / 4300** Alpha Road 130 Dallas, TX 75244 | **Lessee** | **unknown** | | $0.00 |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

Debtor    **Two Rivers Ventures, LLC**
        Name                                                            Case number *(if known)*

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| Shop Like a Pro | unknown | | unknown |
| **61. Internet domain names and websites** | | | |
| Domain names | unknown | | unknown |
| **62. Licenses, franchises, and royalties** | | | |
| | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64. Other intangibles, or intellectual property** | | | |
| | | | |
| **65. Goodwill** | | | |
| | | | |

66. **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 11:**    All other assets

Debtor     **Two Rivers Ventures, LLC**                                    Case number *(if known)* _____
      Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = ➡  _____
                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    **NOL (12/31/2023)** _____  Tax year **2023** _____      **($389,063.00)**

73. **Interests in insurance policies or annuities**

    _____          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____          _____

    **Nature of claim**      _____

    **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____          _____

    **Nature of claim**      _____

    **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

    _____          _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____          _____

    _____          _____

78. **Total of Part 11**                                    **($389,063.00)**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor **Two Rivers Ventures, LLC**                                                Case number *(if known)* _____
Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $50,437.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,905.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $16,991.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $275,395.48 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................... ➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + ($389,063.00) | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | ($20,483.55) | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................... ($20,483.55)

**Fill in this information to identify the case:**

Debtor name  **Two Rivers Ventures, LLC**

United States Bankruptcy Court for the:  **Western** District of **Texas**

(State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
**John R. Ames, CTA, Tax Assess/Coll**

**Creditor's mailing address**
**P.O. Box 139066**

**Dallas, TX 75313-9066**

**Creditor's email address, if known**

**Date debt was incurred**  **2024**

**Last 4 digits of account number**  **0  0  0  0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

10 Display cabinets: checkout station, 3 tables, 15 Windows PC, 5 Apple PC, 11 iPads, 7 printers, 11 monitors, 11 phones, 6 C/R tables, 10 C/R chairs, 12 desk chairs, 6 desks, 2 leisure chairs, 67 wire racks, 9 metal pallet racks, 4 packing stations, 2 tables, 6 carts

**Describe the lien**

**Personal proprety**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,482.73**  |  **$14,850.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$2,581,626.65**

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page **1** of **3**

Debtor **Two Rivers Ventures, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Lending Club (SBA loan)**

**Creditor's mailing address**

**One Harbor Street 201**

**Boston, MA 02210**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   6  8  0  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
       _____
       _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Cosmetic products, Accounts receivable under 90 days

$2,021,397.00

$292,386.91

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor __Two Rivers Ventures, LLC_____     Case number (if known) _____
　　　　　Name

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

__Small Business Administration__

**Creditor's mailing address**

__211 N. Florence St. Suite 201__

__El Paso, TX 79901__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __9__ __1__ __0__ __5__
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　_____
　　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

__Security agreement (2nd lien)__

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$550,746.92

unknown

Fill in this information to identify the case:

Debtor name **Two Rivers Ventures, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Andy Nguyen**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **$979.48**

Priority amount: **$979.48**

**2.2** Priority creditor's name and mailing address

**August Coronado**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **$665.46**

Priority amount: **$665.46**

Debtor __**Two Rivers Ventures, LLC**_____   Case number *(if known)* _____
      Name

**Part 1:** Additional Page

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $421.75 | $421.75

**Brendan Boykin-King**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the Claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,259.62 | $1,259.62

**Cesar Mendoza**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the Claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $992.16 | $992.16

**Chelsie Torres**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the Claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Debtor  __Two Rivers Ventures, LLC_____     Case number *(if known)* _____
          Name

---

**Part 1:**  Additional Page

---

**2.6** Priority creditor's name and mailing address

__Cheyenne Manking__

__21 La Mesa Dr.__

__New Braunfels, TX 78130__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$745.62          $745.62

---

**2.7** Priority creditor's name and mailing address

__Courtney Retzloff__

__21 La Mesa Dr.__

__New Braunfels, TX 78130__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,038.47          $1,038.47

---

**2.8** Priority creditor's name and mailing address

__Crystal Sanchez__

__21 La Mesa Dr.__

__New Braunfels, TX 78130__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __(4)__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$648.89          $648.89

---

| Debtor | **Two Rivers Ventures, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

---

**2.9**

**Priority creditor's name and mailing address**

**Destiny Reyes**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(4)__

**As of the petition filing date, the claim is:**    $923.08      $923.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10**

**Priority creditor's name and mailing address**

**Jessica Higgins**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(4)__

**As of the petition filing date, the claim is:**    $1,150.00      $1,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11**

**Priority creditor's name and mailing address**

**Lee Lichlyter**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __(4)__

**As of the petition filing date, the claim is:**    $1,923.08      $1,923.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Two Rivers Ventures, LLC**                                                Case number *(if known)* _____
        Name

---

| Part 1: | Additional Page |
|---------|-----------------|

---

**2.12** Priority creditor's name and mailing address

**Leo Moura**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          $1,548.08          $1,548.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

**Liz Diaz**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          $1,923.08          $1,923.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

**Melissa Tapia**

**21 La Mesa Dr.**

**New Braunfels, TX 78130**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:          $865.46          $865.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Two Rivers Ventures, LLC**
         Name

Case number *(if known)* _____

---

## Part 1:  Additional Page

**2.15** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,211.54 | $1,211.54

**Priority creditor's name and mailing address**

 Morgan Moore-Gonzalez

 21 La Mesa Dr.

 New Braunfels, TX 78130

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** $1,211.54    $1,211.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Two Rivers Ventures, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td><strong>Amount of claim</strong></td></tr>
<tr>
<td><strong>3.1</strong> Nonpriority creditor's name and mailing address<br><br>American Express<br><br>P.O. Box 981535<br><br>El Paso, TX 79998<br><br>Date or dates debt was incurred  <strong>Various</strong><br><br>Last 4 digits of account number  <strong>2 0 0 5</strong></td>
<td>As of the petition filing date, the claim is:<br><em>Check all that apply.</em><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>Credit card purchases</u><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><strong>$187,874.47</strong></td>
</tr>
<tr>
<td><strong>3.2</strong> Nonpriority creditor's name and mailing address<br><br>American Express<br><br>P.O. Box 981535<br><br>El Paso, TX 79998<br><br>Date or dates debt was incurred  <strong>Various</strong><br><br>Last 4 digits of account number  <strong>1 0 0 7</strong></td>
<td>As of the petition filing date, the claim is:<br><em>Check all that apply.</em><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>Credit card purchases</u><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><strong>$50,208.65</strong></td>
</tr>
<tr>
<td><strong>3.3</strong> Nonpriority creditor's name and mailing address<br><br>American Express<br><br>P.O. Box 981535<br><br>El Paso, TX 79998<br><br>Date or dates debt was incurred  _____<br><br>Last 4 digits of account number  __ __ __ __</td>
<td>As of the petition filing date, the claim is:<br><em>Check all that apply.</em><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>Credit card purchases</u><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><strong>$65,725.78</strong></td>
</tr>
<tr>
<td><strong>3.4</strong> Nonpriority creditor's name and mailing address<br><br>American Express<br><br>P.O. Box 981535<br><br>El Paso, TX 79998<br><br>Date or dates debt was incurred  _____<br><br>Last 4 digits of account number  __ __ __ __</td>
<td>As of the petition filing date, the claim is:<br><em>Check all that apply.</em><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>Line of Credit</u><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><strong>$20,000.00</strong></td>
</tr>
</table>

Debtor  **Two Rivers Ventures, LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**JP Morgan Chase**

**N.A. Mail Code LA4-7100**

**700 Kansas Lane**

**Monroe, LA 71203**

Date or dates debt was incurred  **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$92,083.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Kennington Property Holdings**

**P.O. Box 192269**

**Dallas, TX 75219**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Orveon Global US, LLC**

**579 5th Ave. 10th Floor**

**New York, NY 10017**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$917.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Two Rivers Ventures, LLC**
_____
         Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.78 |
|---|---|---|---|

**Sticks and Stones**

**10535 Tujunga Canyon Blvd.**

**Tujunga, CA 91042**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United States Attorney**

**601 NW Loop 410 Suite 600**

**San Antonio, TX 78216-5512**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United States Attorney General**

**950 Pennsylvania Ave., NW**

**Washington, DC 20530-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 |
|---|---|---|---|

**Vike Beauty**

**15 Hudson Yards 28H**

**New York, NY 10001-2162**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Two Rivers Ventures, LLC**

Name

Case number *(if known)*

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $16,295.77 |
| 5b. **Total claims from Part 2** | 5b. + | $417,515.65 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $433,811.42 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>__**Two Rivers Ventures, LLC**__</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>__**Western District of Texas**__</td></tr>
<tr><td>Case number (if known):</td><td>_____ Chapter __**11**__</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office and warehouse space | Kennington Property Holdings |
| | | Contract to be ASSUMED | P.O. Box 192269 |
| | State the term remaining | 0 months | Dallas, TX 75219 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Two Rivers Ventures, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Lee Lichlyter** | **21 La Mesa Dr.** <br> Street <br><br> **New Braunfels, TX 78130** <br> City   State   ZIP Code | **Lending Club (SBA loan)** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **American Express** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **JP Morgan Chase** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Kennington Property Holdings** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **Two Rivers Ventures, LLC**

Name

Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | City   State   ZIP Code | | |
| 2.5 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | City   State   ZIP Code | | |
| 2.6 | _____ | Street _____ | _____ | ❏ D ❏ E/F ❏ G |
| | | City   State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name        **Two Rivers Ventures, LLC**

United States Bankruptcy Court for the:

       **Western District of Texas**

Case number (if known): _____     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................

| $0.00 |
|---|

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...............................................................................

| ($20,483.55) |
|---|

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*................................................................................

| ($20,483.55) |
|---|

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $2,581,626.65 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

| $16,295.77 |
|---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

| +    $417,515.65 |
|---|

4. **Total liabilities**...................................................................................................................................

   Lines 2 + 3a + 3b

| $3,015,438.07 |
|---|

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Two Rivers Ventures, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$4,299,041.00** |
| **For prior year:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$6,048,524.00** |
| **For the year before that:** | From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$7,021,567.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list.** <br> Creditor's name <br><br> Street <br><br><br> City                State      ZIP Code | | **$0.00** | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ☑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br><br> City                State      ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  **Two Rivers Ventures, LLC**                                    Case number *(if known)* _____
            Name

5.1. _____      _____  _____  _____
        Creditor's name

        _____
        Street

        _____

        _____
        City                    State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____      _____  _____  _____
        Creditor's name

                                            XXXX– __ __ __ __
        _____
        Street

        _____

        _____
        City                    State    ZIP Code

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | _____ | ☐ Concluded |
| | | | Street | |
| | _____ | | _____ | |
| | | | _____ | |
| | | | City       State    ZIP Code | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **Two Rivers Ventures, LLC**                                          Case number *(if known)*

Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | Case number | Street |
|---|---|---|

City                State        ZIP Code

| | Date of order or assignment | City                State        ZIP Code |
|---|---|---|

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City                State        ZIP Code

| Recipient's relationship to debtor |
|---|

---

**Part 5:  Certain Losses**

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

**Part 6:  Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor __Two Rivers Ventures, LLC__                      Case number *(if known)* _____
       Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Langley & Banack** | **Attorney's Fee (retainer)** | **11/13/2024** | **$10,000.00** |
| | Address | | | |
| | **745 E. Mulberry Ave. Suite 700**<br>Street | | | |
| | **San Antonio, TX 78212**<br>City          State     ZIP Code | | | |
| | Email or website address | | | |
| | **wrdavis@langleybanack.com** | | | |
| | Who made the payment, if not debtor? | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Langley & Banack, Inc.** | **Attorneys fees - pre-petition** | **Various** | **$5,000.00** |
| | Address | | | |
| | **745 E. Mulberry Ave., Suite 700 Suite 700**<br>Street | | | |
| | **San Antonio, TX 78212**<br>City          State     ZIP Code | | | |
| | Email or website address | | | |
| | **wrdavis@langleybanack.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City            State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ | |
| | _____ City    State    ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor ___24-52292-cag  Doc#1  Filed 11/13/24  Entered 11/13/24 16:08:19  Main Document  Pg 37 of 53
Two Rivers Ventures, LLC

Name

Case number *(if known)* ___

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____

Facility name _____

| Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. _____ | How are records kept? |
| City ____ State ___ ZIP Code ___ | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ – _ _ _ _ _ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City ____ State ___ ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | Street | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | City        State      ZIP Code | _____ | _____ | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | Street | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | City        State      ZIP Code | _____ | _____ | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | _____ | _____ | |
| City        State      ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Two Rivers Ventures, LLC
          Name                                                                    Case number (if known)

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____   To _____ |
| | | |
| City          State    ZIP Code | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Ryan Anvari, CPA** | From **2022**   To **Present** |
| Name | |
| **223 Wall Street Unit 180** | |
| Street | |
| | |
| **Huntington, NY 11743** | |
| City          State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____   To _____ |
| Name | |
| Street | |
| | |
| City          State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City          State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  Two Rivers Ventures, LLC                                Case number (if known) _____
        Name

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City                    State          ZIP Code

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Cesar Mendoza** | **1/1/2023 Cost** | **$558,824.17** |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____
Name

_____
Street

_____

_____
City                    State          ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Cesar Mendoza** | **1/1/2024 Cost** | **$446,366.20** |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name

_____
Street

_____

_____
City                    State          ZIP Code

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lee Lichlyter** | **21 La Mesa Dr. New Braunfels, TX 78130** | **, President, Director** | **57.90%** |
| **Keith Wing** | **532 Copper Crest New Braunfels, TX 78130** | **,** | **19.50%** |
| **Ryan Wing** | **860 Stanley St. Prosper, TX 75078** | **,** | **19.50%** |
| **Courtney Retzloff** | **1535 Capri Lane Selma, TX** | **Owner, Owner** | **3.10%** |

Debtor  **Two Rivers Ventures, LLC**                                    Case number *(if known)*
              Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Lee Lichlyter** <br> Name <br><br> **21 La Mesa Dr.** <br> Street <br><br> **New Braunfels, TX 78130** <br> City        State        ZIP Code <br><br> **Relationship to debtor** <br><br> **President, Owner** | **$119,479.32** | **Various** | **Salary, distributions** |
| 30.2. **Courtney Retzloff** <br> Name <br><br> **1535 Capri Lane** <br> Street <br><br> **Selma, TX** <br> City        State        ZIP Code <br><br> **Relationship to debtor** | **$55,306.31** | **Various** | **Salary, distributions** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

Debtor    **Two Rivers Ventures, LLC**                                              Case number *(if known)*
          Name

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/04/2024**
          MM/  DD/  YYYY

**X** **/s/ Lee Lichlyter**                          Printed name          **Lee Lichlyter**
          Signature of individual signing on behalf of the debtor

Position or relationship to debtor          **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# Camera Ready Cosmetics
## Expenses by Vendor Summary
### Since August 14, 2024

3, a

| | Total | Note |
|---|---|---|
| Ben Nye | 234,790.62 | Wholesale vendor |
| Paylocity Payroll | 183,456.76 | Payroll |
| Kennington Commercial | 45,845.24 | Landlord |
| USPS | 41,931.69 | Shipping Supplier |
| Google Ads | 35,120.08 | Advertisement |
| DHL | 34,358.18 | Shipping Supplier |
| Fedex | 27,613.33 | Shipping Supplier |
| Danessa Myricks | 27,084.50 | Wholesale vendor |
| Kryolan | 21,657.16 | Wholesale vendor |
| The Research Council of Make-Up Artists Inc. | RCMA | 19,596.41 | Wholesale vendor |
| Premier Products (PPI) | 17,830.25 | Wholesale vendor |
| Cinema Secrets | 16,681.50 | Wholesale vendor |
| Authorize Payments | 15,877.19 | Merchant processor (credit card processing |
| Paylocity Tax | 11,714.34 | Wholesale vendor |
| Shopify | 11,700.41 | Software vendor |
| Mehron | 11,173.47 | Wholesale vendor |
| Bioderma/Embryolisse | 10,638.00 | Wholesale vendor |
| Facebook | 9,664.45 | Advertisement |
| Makeup Forever | 9,638.24 | Wholesale vendor |
| Graftobian | 9,424.04 | Wholesale vendor |
| Kimchi Chic Beauty | 9,109.25 | Wholesale vendor |
| Face Atelier | 8,934.00 | Wholesale vendor |
| Lethal Cosmetics | 8,571.00 | Wholesale vendor |
| Alcone | 7,770.84 | Wholesale vendor |

<table>
<tr><td colspan="2">
<strong>Fill in this information to identify the case:</strong>

Debtor name     **Two Rivers Ventures, LLC**

United States Bankruptcy Court for the:

      **Western District of Texas**

Case number (if known): _____
</td>
<td>☐ Check if this is an<br>amended filing</td></tr>
</table>

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Lending Club (SBA loan) One Harbor Street 201 Boston, MA 02210 | | Security Agreement | | $2,021,397.00 | $292,386.91 | $1,729,010.09 |
| 2 | Small Business Administration 211 N. Florence St. Suite 201 El Paso, TX 79901 | | Security agreement (2nd lien) | | | | $550,746.92 |
| 3 | American Express P.O. Box 981535 El Paso, TX 79998 | | Credit card purchases | | | | $187,874.47 |
| 4 | JP Morgan Chase N.A. Mail Code LA4-7100 700 Kansas Lane Monroe, LA 71203 | | Credit card purchases | | | | $92,083.47 |
| 5 | American Express P.O. Box 981535 El Paso, TX 79998 | | Credit card purchases | | | | $65,725.78 |
| 6 | American Express P.O. Box 981535 El Paso, TX 79998 | | Credit card purchases | | | | $50,208.65 |
| 7 | American Express P.O. Box 981535 El Paso, TX 79998 | | Line of Credit | | | | $20,000.00 |
| 8 | Liz Diaz 21 La Mesa Dr. New Braunfels, TX 78130 | | | | | | $1,923.08 |

Debtor  __**Two Rivers Ventures, LLC**_____     Case number *(if known)* _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Leo Moura<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $1,548.08 |
| 10 | Cesar Mendoza<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $1,259.62 |
| 11 | Morgan Moore-Gonzalez<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $1,211.54 |
| 12 | Jessica Higgins<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $1,150.00 |
| 13 | Courtney Retzloff<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $1,038.47 |
| 14 | Chelsie Torres<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $992.16 |
| 15 | Andy Nguyen<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $979.48 |
| 16 | Destiny Reyes<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $923.08 |
| 17 | Orveon Global US, LLC<br>579 5th Ave. 10th Floor<br>New York, NY 10017 | | | | | | $917.50 |
| 18 | Melissa Tapia<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $865.46 |
| 19 | Cheyenne Manking<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $745.62 |
| 20 | August Coronado<br>21 La Mesa Dr.<br>New Braunfels, TX 78130 | | | | | | $665.46 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**    Two Rivers Ventures, LLC

Case No. _____

**Debtor**                                                  Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..............................................................................................   **$20,000.00**

    Prior to the filing of this statement I have received .................................................................................   **$10,000.00**

    Balance Due .............................................................................................................................................   **$10,000.00**

2.     The source of the compensation paid to me was:

    ☑ Debtor           ☐ Other (specify)

3.     The source of compensation to be paid to me is:

    ☑ Debtor           ☐ Other (specify)

4.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/04/2024** | **/s/ William R. Davis , Jr** |
| *Date* | William R. Davis , Jr |
| | *Signature of Attorney* |

Bar Number: 05565500
Langley & Banack, Inc.
745 E. Mulberry Ave. Suite 700
San Antonio, TX 78212
Phone: (210) 253-7142

**Langley & Banack, Inc.**
*Name of law firm*

</div>

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Two Rivers Ventures, LLC**                                              CASE NO

                                                                                                         CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**09/04/2024**____        Signature _____**/s/ Lee Lichlyter**_____

                                                                        Lee Lichlyter, President

American Express
P.O. Box 981535
El Paso, TX 79998


Andy Nguyen
21 La Mesa Dr.
New Braunfels, TX 78130


August Coronado
21 La Mesa Dr.
New Braunfels, TX 78130


Brendan Boykin-King
21 La Mesa Dr.
New Braunfels, TX 78130


Cesar Mendoza
21 La Mesa Dr.
New Braunfels, TX 78130


Chelsie Torres
21 La Mesa Dr.
New Braunfels, TX 78130


Cheyenne Manking
21 La Mesa Dr.
New Braunfels, TX 78130


Courtney Retzloff
21 La Mesa Dr.
New Braunfels, TX 78130

Crystal Sanchez
21 La Mesa Dr.
New Braunfels, TX 78130


Destiny Reyes
21 La Mesa Dr.
New Braunfels, TX 78130


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jessica Higgins
21 La Mesa Dr.
New Braunfels, TX 78130


John R. Ames, CTA, Tax
Assess/Coll
P.O. Box 139066
Dallas, TX 75313-9066


JP Morgan Chase
N.A. Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


Kennington Property Holdings
P.O. Box 192269
Dallas, TX 75219


Lee Lichlyter
21 La Mesa Dr.
New Braunfels, TX 78130

Lee Lichlyter
21 La Mesa Dr.
New Braunfels, TX 78130


Lending Club (SBA loan)
One Harbor Street 201
Boston, MA 02210


Leo Moura
21 La Mesa Dr.
New Braunfels, TX 78130


Liz Diaz
21 La Mesa Dr.
New Braunfels, TX 78130


Melissa Tapia
21 La Mesa Dr.
New Braunfels, TX 78130


Morgan Moore-Gonzalez
21 La Mesa Dr.
New Braunfels, TX 78130


Orveon Global US, LLC
579 5th Ave. 10th Floor
New York, NY 10017


Small Business
Administration
211 N. Florence St. Suite 201
El Paso, TX 79901

Sticks and Stones
10535 Tujunga Canyon Blvd.
Tujunga, CA 91042


United States Attorney
601 NW Loop 410 Suite 600
San Antonio, TX 78216-5512


United States Attorney
General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


Vike Beauty
15 Hudson Yards 28H
New York, NY 10001-2162